■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS LUDWIK FURTAK, Appellant, v. DANIEL J. MCMANN, as Warden of Clinton Prison, Respondent.— REYNOLDS, J. Appellant's petition for a writ of habeas corpus was properly denied pursuant to CPLR 7003 (subd. [b]) and for failure to comply with the provisions of CPLR 7002 (e.g., *People ex rel. Hale* v. *McMann*, 28 A D 2d 1013). Judgment affirmed, without costs. Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Reynolds, J.